# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Starrett, Keith | U.S. District Court, Southern District of Mississippi | 08/12/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Article III Judge (Senior) | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2020<br>**to**<br>12/31/2020 |

**7. Chambers or Office Address**

William M. Colmer Federal Building
701 N. Main Street
Hattiesburg, MS 39401

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | President and Director | M-J-K, Inc. |
| 2. | Trustee | Trust #1 |
| 3. | Member | PCFF LLC |
| 4. | Member | United Farms, LLC |
| 5. | Member | Progress Timberlands LLC |
| 6. | Member | Showstar, LLC |
| 7. | Secretary/Treasurer | Progress Development Company |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 12/31/2004 | Mississippi State Employees Pension Fund; Remainder of pension payments |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Starrett, Keith** | 08/12/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑     NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐     NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. First South Ag Credit | Real Estate Loans (2) | None |
| 2. First Bank | Real Estate Loan | None |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Starrett, Keith** | 08/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Individual Assets (H) | | | | | | | | | |
| 2. Life Insurance Company of the Southwest Universal Life Policy | A | Int./Div. | N | T | | | | | |
| 3. Guardian Whole Life 100 Insurance Policy | B | Int./Div. | L | T | | | | | |
| 4. Guardian Whole Life Insurance Policy | D | Int./Div. | M | T | | | | | |
| 5. First SW Corp. Common Stock | F | Dividend | P1 | T | | | | | |
| 6. Note and Mortgage Receivable (Charles P. Magee) (Y) | | | | | | | | | |
| 7. Account #1 (H) | | | | | | | | | |
| 8. Schwab Bank Deposit Sweep Acct (cash) (X) | A | Interest | M | T | | | | | |
| 9. Echo Global Logis (27875TAA9) | A | Interest | | | Redeemed | 05/01/20 | J | | |
| 10. Verint Systems (92343XAA8) | A | Interest | K | T | | | | | |
| 11. Dycom Industries (267475AB7) | A | Interest | | | Sold | 06/04/20 | J | | |
| 12. Knowles Corp. (49926DAB5) | A | Interest | J | T | | | | | |
| 13. Golar Lng Limit (38046YAB7) | A | Interest | K | T | | | | | |
| 14. Atlas Air World (049164BH8) | A | Interest | J | T | Buy | 10/29/20 | J | | |
| 15. Horizon Pharma I (44052TAB7) | A | Interest | | | Sold | 06/19/20 | K | | |
| 16. Synaptics Inc (87157DAD1) | A | Interest | J | T | Buy | 02/25/20 | J | | |
| 17. Allegheny Tech (01741RAG7) | A | Interest | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Pure Storage IN (74624MAB8) | A | Interest | K | T | | | | | |
| 19. Square Inc. (852234AD5) | A | Interest | | | Sold | 06/17/20 | J | | |
| 20. Western Digital C (958102AP0) | A | Interest | J | T | | | | | |
| 21. Atlas Air World (049164BJ4) | A | Interest | J | T | | | | | |
| 22. Cleveland-Cliffs (185899AA9) | A | Interest | L | T | Buy (add'l) | 06/03/20 | J | | |
| 23. | | | | | Buy (add'l) | 08/25/20 | K | | |
| 24. Nuance Communication Inc (67020YAG5) | A | Interest | | | Sold | 09/14/20 | K | | |
| 25. Abbott Laboratories (ABT) | A | Dividend | J | T | | | | | |
| 26. Abbvie Inc (ABBV) | B | Dividend | K | T | | | | | |
| 27. Acadia Healthcare Co (ACHC) | | None | | | Sold | 03/04/20 | K | | |
| 28. Aercap Holdings NV (AER) | | None | | | Sold | 03/25/20 | J | | |
| 29. Affimed NV (AFMD) | | None | J | T | | | | | |
| 30. Allogene Therapeutics (ALLO) | | None | J | T | | | | | |
| 31. American Airlines (AAL) | A | Dividend | | | Sold | 04/24/20 | J | | |
| 32. Amgen, Inc. (AMGN) | A | Dividend | K | T | | | | | |
| 33. Anika Therapeutics (ANIK) | | None | J | T | Buy | 02/06/20 | J | | |
| 34. | | | | | Buy (add'l) | 05/05/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Starrett, Keith** | 08/12/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. Bancorpsouth Bank (BXS) | A | Dividend | J | T | | | | | |
| 36. Barrick Gold Corp (GOLD) | A | Dividend | J | T | Buy | 04/24/20 | J | | |
| 37. Cal Maine Foods Inc (CALM) | | None | | | Sold | 03/12/20 | J | | |
| 38. Chevron Corp (CVX) | A | Dividend | K | T | Buy<br>(add'l) | 03/30/20 | J | | |
| 39. Cleveland Cliffs (CLF) | | None | | | Buy | 10/02/20 | J | | |
| 40. | | | | | Sold | 11/20/20 | J | | |
| 41. Compugen Ltd. (CGEN) | | None | L | T | | | | | |
| 42. Corning, Inc. (GLW) | A | Dividend | K | T | | | | | |
| 43. Cree Inc (CREE) | | None | K | T | Buy | 07/08/20 | J | | |
| 44. | | | | | Buy<br>(add'l) | 08/07/20 | J | | |
| 45. Delta Airlines (DAL) | A | Dividend | K | T | Sold<br>(part) | 03/25/20 | J | | |
| 46. DOW Inc. (DOW) | A | Dividend | K | T | | | | | |
| 47. Dupont De Nemours Inc (DD) | A | Dividend | J | T | Buy<br>(add'l) | 04/20/20 | J | | |
| 48. EOG Resources Inc (EOG) | | None | J | T | Buy | 12/16/20 | K | | |
| 49. Evogene Ltd New ORD F Israel Shares (EVGN) | | None | J | T | | | | | |
| 50. Exxon Mobil (XOM) | B | Dividend | K | T | Buy | 03/11/20 | J | | |
| 51. | | | | | Buy<br>(add'l) | 03/12/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Starrett, Keith** | 08/12/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Buy (add'l) | 04/20/20 | J | | |
| 53. FLIR Systems (FLIR) | A | Dividend | J | T | Buy | 05/06/20 | J | | |
| 54. Fly Leasing LTD (FLY) | | None | J | T | | | | | |
| 55. Ford Motor Company (F) | A | Dividend | K | T | | | | | |
| 56. General Motors (GM) | A | Dividend | K | T | | | | | |
| 57. Hawaiian Holdings (HA) | A | Dividend | K | T | | | | | |
| 58. IMPINJ Inc (PI) | | None | K | T | Buy (add'l) | 02/25/20 | J | | |
| 59. | | | | | Buy (add'l) | 05/11/20 | J | | |
| 60. | | | | | Sold (part) | 09/18/20 | J | | |
| 61. Intel Corp (INTC) | A | Dividend | | | Sold | 06/24/20 | K | | |
| 62. Johnson & Johnson (JNJ) | | None | | | Sold | 01/08/20 | K | | |
| 63. Kinder Morgan Inc (KMI) | B | Dividend | K | T | Buy (add'l) | 03/17/20 | J | | |
| 64. | | | | | Buy (add'l) | 12/23/20 | J | | |
| 65. Kornit Digital (KRNT) | | None | J | T | Buy | 01/10/20 | J | | |
| 66. Luminar Technologies Inc (LAZR) | | None | J | T | Buy | 12/08/20 | J | | |
| 67. | | | | | Buy (add'l) | 12/21/20 | J | | |
| 68. Micron Technology (MU) | | None | L | T | Sold (part) | 10/16/20 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Starrett, Keith** | 08/12/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. | | | | | Sold<br>(part) | 11/20/20 | J | | |
| 70. Molina Healthcare (MOH) | | None | | | Buy<br>(add'l) | 01/15/20 | J | | |
| 71. | | | | | Sold | 04/17/20 | K | | |
| 72. Newmont Goldcorp (NEM) | B | Dividend | L | T | | | | | |
| 73. Pan Amern Silver Corp (PAAS) | A | Dividend | K | T | Buy<br>(add'l) | 04/24/20 | J | | |
| 74. | | | | | Buy<br>(add'l) | 06/22/20 | J | | |
| 75. Proctor & Gamble (PG) | B | Dividend | L | T | | | | | |
| 76. Qorvo Inc (QRVO) | | None | K | T | Buy | 09/30/20 | J | | |
| 77. Qualcomm (QCOM) | B | Dividend | M | T | Sold<br>(part) | 11/20/20 | K | | |
| 78. Sanderson Farms Inc (SAFM) | | None | | | Buy | 02/11/20 | J | | |
| 79. | | | | | Sold | 03/12/20 | J | | |
| 80. Southwest Airlines (LUV) | A | Dividend | K | T | Buy<br>(add'l) | 04/24/20 | J | | |
| 81. | | | | | Buy<br>(add'l) | 06/05/20 | J | | |
| 82. Steel Dynamics Inc (STLD) | A | Dividend | K | T | | | | | |
| 83. Ternium S A Sponsored ADR (TX) | | None | K | T | | | | | |
| 84. Tower Semiconductor (TSEM) | | None | K | T | Sold<br>(part) | 11/20/20 | J | | |
| 85. Truist Finl Corp (TFC) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Starrett, Keith** | 08/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86.   Tyme Technologies Inc (TYME) | | None | J | T | Buy<br>(add'l) | 01/07/20 | J | | |
| 87.   United Airlines Holdings (UAL) | | None | K | T | Buy<br>(add'l) | 04/24/20 | J | | |
| 88. | | | | | Sold<br>(part) | 12/18/20 | K | | |
| 89.   U.S. Steel (X) | A | Dividend | K | T | Sold<br>(part) | 03/17/20 | J | | |
| 90. | | | | | Buy<br>(add'l) | 05/01/20 | J | | |
| 91. | | | | | Buy<br>(add'l) | 09/18/20 | J | | |
| 92.   Verint Systems Inc. (VRNT) | A | Dividend | | | Sold | 05/06/20 | J | | |
| 93.   Verizon Communications (VZ) | B | Dividend | K | T | | | | | |
| 94.   Direxion Daily Gold Miners (NUGT) | | None | J | T | Sold<br>(part) | 02/21/20 | J | | |
| 95. | | | | | Buy<br>(add'l) | 03/03/20 | J | | |
| 96. | | | | | Sold<br>(part) | 04/24/20 | J | | |
| 97.   Global Silver Mines, ETF (SIL) | A | Dividend | J | T | | | | | |
| 98.   IShares MSCI Brazil (EWZ) | A | Dividend | J | T | | | | | |
| 99.   Vaneck Vectors Gold Miners ETF (GDX) | A | Dividend | K | T | | | | | |
| 100.  Vaneck Vectors Junior Gold Miners ETF<br>(GDXJ) | A | Dividend | K | T | | | | | |
| 101.  Service PPTYS TR REIT (SVC) | A | Dividend | J | T | | | | | |
| 102.  Account #1 - Options (H) | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Starrett, Keith** | 08/12/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103. Call CGEN | | None | | | Sold<br>(part) | 07/08/20 | J | | |
| 104. | | | | | Sold | 08/13/20 | J | | |
| 105. Call CREE | | None | | | Buy | 10/16/20 | J | | |
| 106. | | | | | Buy<br>(add'l) | 12/18/20 | J | | |
| 107. | | | | | Sold | 12/18/20 | J | | |
| 108. Call LAZR | | None | | | Sold | 12/21/20 | J | | |
| 109. Call MU | | None | J | T | Buy | 11/20/20 | J | | |
| 110. | | | | | Sold | 12/18/20 | J | | |
| 111. | | | | | Buy | 12/18/20 | J | | |
| 112. Call NEM | | None | | | Sold | 08/13/20 | J | | |
| 113. Call QCOM | | None | | | Buy | 10/16/20 | J | | |
| 114. | | | | | Buy<br>(add'l) | 11/20/20 | J | | |
| 115. | | | | | Sold | 11/20/20 | J | | |
| 116. Account #2 (H) | | | | | | | | | |
| 117. Enable Midstream Part LP (ENBL) | A | Dividend | J | T | | | | | |
| 118. Enterprise Products LP (EPD) | A | Dividend | J | T | | | | | |
| 119. Nustar Energy LP (NS) | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Starrett, Keith** | 08/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 120. Service PPTYS TR REIT (SVC) | A | Dividend | J | T | | | | | |
| 121. Account #3 (H) | | | | | | | | | |
| 122. ABALX Mutual Fund | C | Dividend | L | T | | | | | |
| 123. Timberland Copiah Co., MS | D | Dividend | O | T | | | | | |
| 124. Timberland Attala Co., MS | | None | N | T | | | | | |
| 125. Account #4 (H) | | | | | | | | | |
| 126. Puerto Rico Commonwealth Intra Financing (Bond) (74514LHE0) | | None | K | T | | | | | |
| 127. LA Local Govt. Envior. Facilities Comm Dev (546282AH7) | A | Interest | | | Redeemed | 10/01/20 | J | | |
| 128. Lowndes Co. Miss Solid Waste Disp. Pollution (54877EAA4) | B | Interest | K | T | | | | | |
| 129. MS Dev Bank Spec Oblg (605343TT9) | A | Interest | J | T | | | | | |
| 130. Georgia Govt Bonds (373271AA3) | A | Interest | K | T | | | | | |
| 131. Wood County W VA Bond (97835PAA9) (Y) | | | | | | | | | |
| 132. PR Comwlth IFA Tax (745220EZ2) | | None | J | T | | | | | |
| 133. Virginia Tobacco Settlement (88880NAU3) | A | Interest | J | T | | | | | |
| 134. AK Steel Holding (AKS) (Y) | | | | | | | | | |
| 135. Cleveland-Cliffs Inc (CLF) (X) | A | Dividend | J | T | | | | | |
| 136. Compugen Ltd. (CGEN) | | None | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Starrett, Keith** | 08/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 137. Corteva Inc (CTVA) | A | Dividend | J | T | | | | | |
| 138. DOW Inc (DOW) | A | Dividend | J | T | | | | | |
| 139. Dupont De Nemours Inc (DD) | A | Dividend | J | T | | | | | |
| 140. Evergy Inc (EVRG) | A | Dividend | J | T | | | | | |
| 141. Ford Motor Co (F) | A | Dividend | J | T | | | | | |
| 142. Hancock John Financial Bank Shares (BTO) | B | Dividend | K | T | | | | | |
| 143. Intel Corp (INTC) (Y) | | | | | | | | | |
| 144. Kinder Morgan Inc (KMI) | A | Dividend | J | T | Buy | 03/13/20 | J | | |
| 145. Qualcomm Inc (QCOM) | B | Dividend | L | T | Sold<br>(part) | 08/21/20 | K | D | |
| 146. Williams Companies (WMB) | B | Dividend | K | T | | | | | |
| 147. Vaneck Vectors JR Gold (GDXJ) | | None | | | Sold | 05/15/20 | J | | |
| 148. Enable Midstream PR LP (ENBL) | B | Dividend | J | T | Buy<br>(add'l) | 02/28/20 | J | | |
| 149. Enterprise Products LP (EDP) | C | Dividend | K | T | Buy<br>(add'l) | 03/13/20 | K | | |
| 150. Nustar Energy LP (NS) | B | Dividend | K | T | | | | | |
| 151. Service Pptys Tr (SVC) | B | Dividend | J | T | Buy<br>(add'l) | 02/27/20 | J | | |
| 152. | | | | | Buy<br>(add'l) | 02/28/20 | J | | |
| 153. Account #4 - Options (H) | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Starrett, Keith** | 08/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154.  Call EPD | | None | J | T | Sold | 05/05/20 | J | B | |
| 155. | | | | | Buy | 05/14/20 | J | | |
| 156. | | | | | Sold | 05/21/20 | J | A | |
| 157. | | | | | Buy | 05/21/20 | J | | |
| 158. | | | | | Sold | 05/27/20 | J | A | |
| 159. | | | | | Buy | 05/28/20 | J | | |
| 160. | | | | | Sold | 05/28/20 | J | A | |
| 161. | | | | | Buy | 05/28/20 | J | | |
| 162.  Land, Timber, & Mineral Related Holdings (H) | | | | | | | | | |
| 163.  Rental Property No. 1; Pike Co., MS | F | Rent | O | W | | | | | |
| 164.  Rental Property No. 2; Pike Co., MS | F | Rent | O | W | | | | | |
| 165.  Rental Property No. 3; Pike Co., MS | E | Rent | N | W | | | | | |
| 166.  Rental Property No. 4; Pike Co., MS | D | Rent | M | W | | | | | |
| 167.  Rental Property #5; Forrest County, MS (held by Showstar LLC) | A | Rent | N | W | | | | | |
| 168.  Mineral Rts; Pike Co.,MS | E | Royalty | L | W | | | | | |
| 169.  Oakhurst Associates LP (realt estate) | | None | J | W | | | | | |
| 170.  Timberland Walthall Co., MS | C | Rent | O | W | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1  Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Starrett, Keith** | 08/12/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period<br>(1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | C<br>Gross value at end<br>of reporting period<br>(1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | D<br>Transactions during reporting period<br>(1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 171.   Timberland Pike Co., MS | | None | M | W | | | | | |
| 172.   Timberland Pike Co., MS 7 Tracts | G | Royalty | P1 | W | | | | | |
| 173.   United Farms LLC, St. Francis Co., Arkansas (farming) | C | Rent | M | W | | | | | |
| 174.   Timberland Covington County, Mississippi | G | Royalty | P1 | W | | | | | |
| 175.   Mineral Rights, Amite Co., MS | D | Rent | K | W | | | | | |
| 176.   Mineral Rights Franklin Co., MS | | None | J | W | | | | | |
| 177.   Mineral Rights, Walthall Co., MS | | None | J | W | | | | | |
| 178.   Mineral Rights, Lincoln Co., MS | | None | J | W | | | | | |
| 179.   Mineral Rights, Copiah Co., MS | | None | J | W | | | | | |
| 180.   Mineral Rights, Marion Co., MS | | None | J | W | | | | | |
| 181.   Mineral Rights, Covington Co, MS | | None | J | W | | | | | |
| 182.   Progress Timberlands LLC, Lamar Co., MS. (Timberland) | E | Distribution | P1 | W | | | | | |
| 183.   Mineral Rights Perry, Forrest, and Stone Counties (single deed) | | None | K | W | | | | | |
| 184.   PCFF LLC (farming) | | None | K | W | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part I, line 1: This holding company contains no reportable assets.

Part I, line 3: Passive 10% farming interest; no control over assets or operations.

Part I, line 4: Passive 20% farming interest; no control over assets or operations.

Part I, line 5: Passive 33.3% timber interest; no control over assets or operations.

Part I, line 6: Passive 50% real estate interest; no control over assets or operations.

Part I, line 7: Passive 33.3% land development interest; no control over assets or operations.

Reportable holdings related to Part I are included in Part VII.

The ticker symbol for U.S. Steel is "(X)."

Parenthetical numbers in Part VII are CUSIP numbers.

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

**Signature:** s/ **Keith Starrett**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544